UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALYSON HANSON,

                Plaintiff,

        v.

PIONEER HOME CARE, INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-1-20

19-CV-11324 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on December 11, 2019.  The parties have since stipulated to, and the Court has so-ordered, several extensions of Defendant's time to answer or otherwise respond to the Complaint.  *See* Dkts. 6, 8, 10.  Most recently, the Court ordered Defendant to answer or otherwise respond to the Complaint no later than April 8, 2020.  *See* Dkt. 10.  To date, however, Defendant has not done so.  Nor has Defendant filed a notice of appearance in this action.  No later than May 8, 2020, Defendant shall respond to the Complaint.  If Defendant is unable to do so by May 8th, the parties shall jointly request an extension, and shall jointly update the Court as to the status of this case, including why Defendant has not yet appeared and whether Plaintiff intends to move for a default judgment.

      Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    May 1, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge